FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLEE ANNE L., | NO: 2:18-CV-236-RMP |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

BEFORE THE COURT is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on May 9, 2019, ECF No. 16, recommending that Plaintiff Kimberlee Ann L.'s [1] Motion for Summary Judgment, ECF No. 13, be denied and that Defendant Commissioner of Social Security's Motion, ECF No. 14, be granted. No objection was filed.

---

[1] In the interest of protecting Plaintiff's privacy, the Court will use Plaintiff's first name and last initial, and, subsequently, Plaintiff's first name only, throughout this decision.

ORDER ~ 1

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 16**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **DENIED**.

3. Defendant's Motion for Summary Judgment, **ECF No. 14**, is **GRANTED**.

4. Judgment shall be entered in favor of Defendant.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel, and **close this case**.

**DATED** May 24, 2019.

                          *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                              United States District Judge